# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 13, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

163397(12)

PEOPLE OF THE STATE OF MICHIGAN,
　　　　　Plaintiff-Appellee,

v

TIFFANIE MONIQUE EDWARDS,
　　　　　Defendant-Appellant.

_____/

SC: 163397
COA: 357008
Wayne CC: 15-007718-FC

　　　On order of the Chief Justice, the motion of defendant-appellant to waive the filing fees is GRANTED as to this case only.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 13, 2021



Clerk